United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MECHANICS BANK HEALTH AND WELFARE PLAN,<br><br>　　　　Defendant. | Case No. 24-cv-04600-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on November 7, 2024, the Court ORDERS as follows:

- Last Day to Move/Stipulate to Amend Pleadings:   December 6, 2024
- Fact Discovery cut-off:   February 28, 2025
- Plaintiff Rule 52 Motion:   April 18, 2025
- Defendant Rule 52 Oppo/Motion:   May 9, 2025
- Plaintiff Rule 52 Oppo/Reply:   May 30, 2025
- Defendant Rule 52 Reply:   June 20, 2025
- Rule 52 Motion Hearing:   July 24, 2025 at 10:00 a.m.

The parties are referred to the Court's ADR Program for a mediation to occur by February 28, 2025. A further case management conference is scheduled for March 13, 2025 at 1:30 p.m. via videoconference. An updated Joint Case Management Conference Statement is due March 6, 2025. The Court will be particularly interested in whether referral for a magistrate judge settlement conference could be productive.

**IT IS SO ORDERED.**

Dated: November 7, 2024

JACQUELINE SCOTT CORLEY
United States District Judge